# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:16-cv-750-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN DOE,<br><br>       **Plaintiff,**<br><br>v.<br><br>CHARLOTTE MECKLENBURG HOSPITAL AUTHORITY and METROLINA NEPHROLOGY ASSOCIATES, P.A.,<br><br>       **Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jason Paul Mehta,** filed July 9, 2019 (Doc. No. 15).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Mehta is admitted to appear before this court *pro hac vice* on behalf of Defendant, Charlotte Mecklenburg Hospital Authority.

**IT IS SO ORDERED.**

Signed: July 11, 2019

Graham C. Mullen
United States District Judge