# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:16-cv-750-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel., Daniel H. Hayes, M.D., <br><br>**Plaintiff,**<br><br>v.<br><br>CHARLOTTE MECKLENBURG HOSPITAL AUTHOURITY, d/b/a and n/k/a ATRIUM HEALTH, a North Carolina Hospital Authority,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss ("Motion") (Doc. No. 13), directed at Plaintiff's original Complaint (Doc. No. 1). On August 6, 2019, Plaintiff filed its First Amended Complaint (Doc. No. 22). Accordingly, Defendant's Motion directed at the original Complaint is moot. *See Young v. City of Mount Ranier*, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); *Hall v. Int'l Union, United Auto., Aerospace & Agric. Implement Workers of Am., UAW*, No. 3:10-cv-418, 2011 U.S. Dist. LEXIS 66084, 2011 WL 40143515, at * 1 (W.D.N.C. June 21, 2011) (An "amended complaint renders the defendants' pending motion to dismiss that are related to the superseding complaint as moot."). Thus, Defendant's Motion is **DENIED** without prejudice. Defendant may refile with respect to Plaintiff's First Amended Complaint. **SO ORDERED.**

Signed: February 5, 2020

Graham C. Mullen
United States District Judge