# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., Daniel H. Hayes, M.D., <br><br> Plaintiff, <br><br> v. <br><br> THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a and n/k/a ATRIUM HEALTH, a North Carolina Public Hospital Authority, <br><br> Defendant. | Case No.: 3:16-cv-00750-GCM |

# ORDER

THIS MATTER comes before the Undersigned upon Defendant's Consent Motion to Stay Action and Extend All Deadlines.

The Court, having reviewed the Motion, determines that it has been made for good cause, with Plaintiff's Consent, and should be allowed.

NOW, THEREFORE, Defendant's Consent Motion to Stay Action and Extend All Deadlines is GRANTED. The Court orders that this matter be stayed and that all deadlines, including the deadlines for both parties to respond to outstanding discovery requests and the deadlines set forth in the Pretrial Order and Case Management Plan, are extended for a period of 60 days. During the pendency of the stay, counsel for Defendant is directed to confer with counsel for Plaintiff and to submit a status report to the Court every thirty (30) days updating it on (i) the current impact of the coronavirus pandemic on Atrium's resources and operations, (ii) whether the parties believe the stay needs to continue in effect, and (iii) any additional modifications needed to the deadlines in this matter.

**SO ORDERED**.

Signed: April 2, 2020

Graham C. Mullen
United States District Judge