IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:16-cv-750

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., Daniel H. Hayes, M.D.,<br><br>**Plaintiff,**<br><br>v.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a and n/k/a ATRIUM HEALTH, a North Carolina Public Hospital Authority,<br><br>**Defendants**. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Parties' Second Status Report Regarding Stay and Consent Motion to Lift Stay and Extend Case Deadlines (Doc. No. 39). It appearing that the Parties are in agreement and for good cause shown, the Court **ORDERS** as follows:

(1) The stay in this matter is lifted;

(2) The deadlines in the Pretrial Order and Case Management Plan are extended as follows:

   a. Plaintiff's Expert Disclosures Deadline: August 21, 2020;

   b. Defendant's Expert Disclosures Deadline: September 21, 2020;

   c. Mediation Deadline: October 15, 2020;

   d. Discovery Deadline: October 29, 2020;

   e. Motions Deadline – other than motions in limine and motions for continuance: November 27, 2020;

   f. Trial: May 10, 2021.

**SO ORDERED**.

Signed: June 10, 2020

Graham C. Mullen
United States District Judge