IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00750-GCM

| | |
|---|---|
| UNITED STATES *ex rel.* Daniel Hayes, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE MECKLENBURG HOSPITAL AUTHORITY,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. The trial in this matter, which is currently set for May 10, 2021, is hereby continued.

The trial is hereby **RESET** to the July 19, 2021 trial term, beginning at 10:00 AM in the Charles R. Jonas Federal Building, Courtroom #8, 401 W. Trade St. Charlotte, NC 28202 before Senior Judge Graham C. Mullen.

**SO ORDERED.**

Signed: March 17, 2021

Graham C. Mullen
United States District Judge